# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. 1:21-cv-975 |
| Plaintiff, | : | |
| v. | : | |
| CARGUARD ADMINISTRATION, INC., and AUTO PROTECHT LLC, | : | |
| Defendants. | : | |

## NOTICE OF DISMISSAL WITH PREJUDICE

The plaintiff files this Notice of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this 26th day of April, 2021 on all counsel of record via the Court's CM/ECF system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich